IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | CRIMINAL NO. 1:15CR00048 |
| | * | |
| Sophia Nelson, | * | |
| Defendant. | * | |

## SATISFACTION OF CRIMINAL MONETARY PENALTIES

The United States of America, by RICHARD W. MOORE, United States Attorney, and through Erica R. Hilliard, Assistant United States Attorney, hereby gives notice that the criminal monetary penalties ordered herein in the above case have been satisfied as to Defendant, Sophia Nelson, only.

Respectfully submitted,

RICHARD W. MOORE
UNITED STATES ATTORNEY

Dated: January 18, 2018      By:  *s/ Erica R. Hilliard*
                                   Erica R. Hilliard
                                   Assistant United States Attorney
                                   63 S. Royal Street, Suite 600
                                   Mobile, Alabama 36602
                                   Telephone:  251.415.7190
                                   Facsimile:   251.441.5044
                                   Email:       erica.hilliard@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such to all counsel of record, if applicable, and I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participant:

Ms. Sophia Nelson
xxxxxxxxxxxx
Mobile, AL  36606

                                                       *s/ Erica R. Hilliard*
                                                       Erica R. Hilliard
                                                       Assistant United States Attorney