# UNITED STATES DISTRICT COURT
for the

FILED IN OPEN COURT

AUG 1 6 2019

CHARLES R. DIARD, JR.
CLERK

United States of America )
v. )
Meoshi Nelson ) Case No. _____
_____ )
Defendant )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 08/16/19

Meoshi Nelson
*Defendant's signature*

Buzz Jordan
*Signature of defendant's attorney*

Buzz Jordan    JOR007
*Printed name and bar number of defendant's attorney*

PO Box 210  Mobile AC 36601
*Address of defendant's attorney*

Buzz@Rossandjordan.com
*E-mail address of defendant's attorney*

251-432-5400
*Telephone number of defendant's attorney*

251-432-5445
*FAX number of defendant's attorney*