AO 442-ALS (Rev. 02/14 Arrest Warrant)

## UNITED STATES DISTRICT COURT
for the
Southern District Of Alabama

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1128 1:15CR00048-001 |
| Meoshi Shanta Nelson | ) | USMS |
| *Defendant* | ) | 14259-003 |
| | | 9777467 |
| | | 1903-0814-1239-D |

### ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Meoshi Shanta Nelson _____

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court   ☐ Probation Violation Petition

This offense is briefly described as follows:
Standard Condition #1, Shall not leave the judicial district without permission of the Court or probation officer,

Special Condition, Shall make restitution in the amount of $122,900, in minimum monthly installments of $1,000, and

Special Condition, Is prohibited from making major purchases, incurring new credit charges or opening additional lines of credit without approval of the Probation Office.

Date: August 12, 2019

City and state: Mobile, Alabama

CHARLES R. DIARD, JR., CLERK
*Printed name and title*

*Nicole Hawkins*
*Issuing officer's signature*

### Return

This warrant was received on *(date)* 12 August 2019, and the person was arrested on *(date)* 16 August 2019
at *(city and state)* Mobile, AL.

Date: 16 August 2019

*Arresting officer's signature*
Joshua D. Devine
*Printed name and title*

PACTS ID: 1385831