# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIMINAL NO. 15-00048-TFM |
| | ) |
| MEOSHI SHANTA NELSON, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter came on for a supervised release revocation hearing on August 27, 2019, at which the Defendant orally admitted to violation of the conditions as set forth in the Petition dated August 12, 2019 (Doc. 261). The Defendant orally moved to continue the hearing to allow her an opportunity to comply with the terms of supervised release and catch up on her restitution payments. The Government, while expressing concern that the Defendant was not taking her obligation to make restitution payments seriously, made no objection to the motion.

Upon due consideration of the arguments of counsel, the motion is hereby **GRANTED**. The revocation hearing is **CONTINUED** to **January 9, 2020 at 10:00 a.m.,** to be held in Courtroom 3B, United States Courthouse, Mobile, Alabama.

**DONE and ORDERED** this 28th day of August, 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE