**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| **vs.** § | **1:15-cr-00048-TFM-B** |
| § | |
| **MEOSHI NELSON,** § | |
| § | |
| **Defendant.** § | |

## DEFENDANT MEOSHI NELSON'S MOTION TO SET LATER TIME

COMES NOW Defendant, **MEOSHI NELSON**, by and through her undersigned counsel and moves to set this case for a later time. This case is set for a Revocation hearing on January 9, 2020, at 10:00 am, on the basis that Defendant's counsel is scheduled to be in a Mobile County Planning Commission meeting on January 9, 2020, at 10:00 am.

WHEREFORE, Defendant and her counsel respectfully request that your Honor set Defendant's Revocation Hearing to a later time on January 9, 2020.

Respectfully Submitted,

/s/ Buzz Jordan
Buzz Jordan
Attorney for Defendant

OF COUNSEL:
BUZZ JORDAN, P.C.
1111 Dauphin Street
Mobile, AL 36604
buzz@rossandjordan.com
T;/ 251-432-5400

## CERTIFICATE OF SERVICE

I certify that on December _23rd_, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ Buzz Jordan
Buzz Jordan