# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) CRIM. NO. 15-00048-TFM |
| MEOSHI S. NELSON | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF ENTRY OF APPEARANCE

Leah Ann Butler, Assistant United States Attorney, by and through RICHARD W. MOORE, United States Attorney for the Southern District of Alabama, gives notice of her entry of appearance in this case as additional counsel of record for Plaintiff, United States of America, for purposes of post-judgment enforcement of criminal monetary penalties imposed.

Respectfully submitted,

RICHARD W. MOORE
UNITED STATES ATTORNEY

Dated: January 22, 2020    By: *s/Leah Ann Butler*
Leah Ann Butler
Assistant United States Attorney
63 S. Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: 251.415.7159
Facsimile: 251.441.5044
Email: leah.butler@usdoj.gov

## **CERTIFICATE OF SERVICE**

 I hereby certify that on January 22, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such to all counsel of record, if applicable, and I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participant:

Meoshi S. Nelson
XXXXXXXXXXXXX
Mobile, AL 36608

       *s/Leah Ann Butler*
       Leah Ann Butler
       Assistant United States Attorney