FILED FEB 20 '20 PM 1:15 USDCALS

15-cr-48-TFM

2/14/2020

Dear Honorable Judge Moorer,

My name is Meoshi Nelson, and I was sentenced by you on January 24, 2020 to 21 months to the Federal Bureau of Prisons for a probation violation. First of all I would like to thank you for sentencing me to prison because I have never been to prison before and I needed to see the severity and seriousness jail and prison really is. I have been here almost one month and this time has opened my eyes up to alot of things. I have let alot of people down that look up to me, that depended on me, and needed me. I can't blame no one for this by myself. I violated my conditions of Release by traveling on a cruise to Mexico, buying a Mercedes, and opening lines of credit that I knew was wrong. I am truly sorry for all that I've done.

Honorable Moorer, I am writing you this letter asking you would you please reconsider my sentence. I know that there are consequences to my actions but I am asking if you could find it in your heart to take another look at my case and rethink my sentence. Everything that happens happens for a reason and I don't know the reason I'm in jail but I know this is the will of God. I have humbled myself and just looking at my life. I have been praying daily that God would touch your heart and put Meoshi Nelson on your mind.

Judge, I'm asking would you please consider home confinement with ankle monitoring or a lighter sentence. The conditions in this jail are horrible. I am begging you to please take another look at my case and please reconsider

my case. I'm thanking you in advance for taking time to read this letter and also thanking you in advance for the reconsideration.

Thank you,
Meoshi Nelson

Meosha Nelson
Escambia County Detention Center
316 Court Street
Escambia, AL
36426

INMATE MAIL

Honorable Judge Moorer
155 St. Joseph Street
Mobile, AL 36602

36602-391455