IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 15-CR-048-TFM |
| | ) |
| MEOSHI SHANTA NELSON | ) |

# ORDER

Pending before the Court is the *pro se Motion for Reconsideration of Sentence (doc. 276)*. The *pro se Motion for Reconsideration of Sentence (doc. 276)* raises nothing persuasive or new which was not raised at the sentencing hearing on January 24, 2020. The *pro se Motion for Reconsideration of Sentence (doc. 276)* is therefore **DENIED**.

DONE and ORDERED this 13th day of March, 2020.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE