# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| vs. § | 1:15-cr-00048-TFM-B |
| § | |
| MEOSHI NELSON, § | |
| § | |
| Defendant. § | |

## DEFENDANT MEOSHI NELSON'S MOTION TO BE PLACE DEFENDANT UNDER HOUSE ARREST AND ANKLE MONITORING DUE TO COVID-19

COMES NOW Defendant, **MEOSHI NELSON**, by and through her undersigned counsel, and respectfully moves for the Court to release Defendant from the Escambia County, Alabama, jail facility in Brewton, Alabama, to house arrest and ankle monitoring, on the following grounds:

1. The Court revoked Defendant's probation on January 23, 2020, to serve 21 months;
2. Defendant is a non-violent offender;
3. Defendant has been in custody in the Escambia County Jail in Brewton, AL from said date;
4. The Escambia County jail has had a substantial number of inmates and personnel infected with COVID-19 and it has become a very dangerous facility due to the virus;
5. Because of Defendant's age and health with only one kidney, Defendant is at a genuine risk of severe medical issues and/or death if she becomes infected with COVID-19.

WHEREFORE, Defendant and her counsel respectfully request that Defendant be released from Escambia County Jail to house arrest and ankle monitoring.

Respectfully Submitted,

/s/ Buzz Jordan
Buzz Jordan
Attorney for Defendant

OF COUNSEL:
BUZZ JORDAN, P.C.
1111 Dauphin Street
Mobile, AL 36604
buzz@rossandjordan.com
T;/ 251-432-5400

**CERTIFICATE OF SERVICE**

  I certify that on July _17th_, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                /s/ Buzz Jordan
                Buzz Jordan