# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIM NO. 15-00048-TFM** |
| | * | |
| **MEOSHI S. NELSON** | * | |

## NOTICE OF APPEARANCE

Comes now the United States of America, by and through Richard W. Moore, the United States Attorney for the Southern District of Alabama, and files this Notice of Appearance respectfully notifying the Court and the defendant that Assistant United States Attorney Oliver McDonald will appear as additional counsel on behalf of the United States of America in this case, **replacing** Assistant United States Attorney, Erica Hilliard as she is no longer associated with the United States Attorney's Office for the Southern District of Alabama.

Respectfully submitted August 6, 2020.

RICHARD W. MOORE
UNITED STATES ATTORNEY
By:

*/s/ Oliver McDonald*
Oliver McDonald
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602
(251) 441–5845