# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | CRIMINAL NO. 15-CR-00048-TFM |
| ) | |
| MEOSHI NELSON          ) | |

## ORDER

Pending before the Court are *Defendant Meoshi Nelson's Motion to be Place Defendant Under House Arrest and Ankle Monitoring Due to Covid-19* (doc. 286), *Defendant Meoshi Nelson's Amended Motion to be Place Defendant Under House Arrest and Ankle Monitoring Due to Covid-19* (doc. 288), and the *United States' Response to Nelson's Request for Early Release* (doc. 290). *Defendant Meoshi Nelson's Motion to be Place Defendant Under House Arrest and Ankle Monitoring Due to Covid-19* (doc. 286), and *Defendant Meoshi Nelson's Amended Motion to be Place Defendant Under House Arrest and Ankle Monitoring Due to Covid-19* (doc. 288) are **DENIED** for the reasons stated in *United States' Response to Nelson's Request for Early Release* (doc. 290). The Court finds that it has the power to grant the relief sought but declines to do so.

DONE and ORDERED this 10th day of August, 2020.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE